IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACKIE BREEDEN, JR.
ADC #151498                                                                          PETITIONER

v.                                   No. 5:14-cv-244-DPM

WENDY KELLEY,* Director,
Arkansas Department of Correction                                         RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 14, and overrules Breeden's objections, № 17. FED. R. CIV. P. 72(b)(3). Breeden's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

*WPMarshall*
D. P. Marshall Jr.
United States District Judge

11 October 2016

---

*Wendy Kelley is the current Director of the Arkansas Department of Correction. The Court directs the Clerk to amend the docket. FED. R. CIV. P. 25(d).