IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACKIE BREEDEN, JR.
ADC #151498                                                                PETITIONER

v.                              No. 5:14-cv-244-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                          RESPONDENT

ORDER

Motion, № 25, denied. The Court stands by its conclusion that no certificate of appealability should issue. № 14 & 18.

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

8 November 2016